UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELKIOR LUMENTUT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES HARTLEY,<br><br>    Respondent. | No. 2:12-cv-2463 MCE GGH P<br><br><br><br>ORDER |

Petitioner has filed an application for certificate of appealability. Because the court previously declined to issue a certificate of appealability (ECF No. 24), petitioner's request is moot.

Good cause appearing, IT IS HEREBY ORDERED that: Petitioner's November 21, 2014 application for certificate of appealability (ECF No. 30), is denied as moot.

Dated: November 28, 2014

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

GGH:076/lume2463.coa

1